# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

MACK A. Foreman Jr.

Name under which you were convicted

#200291

Your prison number

CIVIL ACTION NO. 19CV-204-CG-UU

vs.                                      (To be supplied by Clerk of Court)

Commissioner etc.

Name of Defendant(s)

Fountain CI  3800 Fountain  Atmore, AL. 36503

Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>.  You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you; no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>.  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>.  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action.  A defendant's present address must be provided.  The Court is unable to serve process without the present address being furnished.  The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed  without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

     Yes ( )     No ( ✓ )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

     Yes ( )     No ( ✓ )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

     1. Parties to this previous lawsuit:

Plaintiffs: ____*None*_____

_____

Defendants: _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Docket Number: _____

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )  No ( )

5. Name of judge to whom the case was assigned: _____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e. frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: _Loxley work center. City of Fairhope PD_

B. Date it occurred: _08 07/25/18_

C. Is there a prisoner grievance procedure in this institution? _There is no inmate grievane system_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )     No ( ✓ )

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: _there is no grievane system in Ala. D.O.C._

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): _____

     Your present address: _____

B. Defendant(s):

1. Defendant (full name) _____ is employed as _____ at _____.

    His/her present address is _____

    (a) Claim against this defendant: _____

_____

    (b) Supporting facts (Include date/location of incident):

    _____

_____

_____

2. Defendant (full name) _____ is employed as _____

at _____.

    His/her present address is _____

    (a) Claim against this defendant: _____

_____

    (b) Supporting facts (Include date/location of incident):

    _____

_____

_____

3. Defendant (full name) _____ is employed as _____

at _____.

    His/her present address is _____

(a)  Claim against this defendant:  _____

_____.

(b)  Supporting facts  (Include date/location of incident):

_____

_____

_____

C.  Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).


IV.  A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated:  _____

_Homicide_ _____.

2. When were you convicted?  ___*Manslaughter*___

3. What is the term of your sentence?  _____30 Years___

4. When did you start serving this sentence?  _____

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )       No ( ✓ )

If so, complete the following:

(a)  Date of conviction:  _____

(b)  Term of sentence:  _____30_____

6.  What is your expected end of sentence (E.O.S.) date?  ___5-4-2024___

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|              | Conviction    | Sentence      |
|--------------|---------------|---------------|
| Reversed     | yes( ) no( )  | yes( ) no( )  |
| Expunged     | yes( ) no( )  | yes( ) no( )  |
| Invalidated  | yes( ) no( )  | yes( ) no( )  |

6

Writ of habeas  yes( ) no( )          yes( ) no(✓)
corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V.  State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I would like to be Compensated For pain and suffering in the Amount of 8 million Dollars, And pay For all my medical bills

VI.  **AFFIRMATION.**  By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

4/19/2019
Date

mock Aluther Foreman~JR
(Signature of Plaintiff Under Penalty of Perjury)

3800 Fountain Almore, AL. 36503
Current Mailing Address

_____

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

In The United States District Court for the ①
Southern District of Alabama
Prisoner Complaint
[For Inmate Action] Under 42 U.S.C. ₽ 1983


                    Plantiff                    Civil Action No 19-CV-204-CG-MU
Mack A. Foreman Jr.
#200291


VS.
            Defendants
[Commissioner - Alabama D.O.C]
[Deputy Commissioner - Alabama D.O.C.]
[Supervisors Dale Linder - City of Fairhope]
[Tyron Davis - City of fairhope]
[Warden peters - loxley work center]
[Capt. Iannetta Banks - loxley work center]
[Lt. styletta January - loxley work center]
[Sgt. John partis - loxley work center]
[D.O.C. Medical -]


    Claim:
            Cruel and unusual Punishment
gross Neglengence with Deliberate Indifrence,
Denial of Medical treatment which is all
Protected under the 8ᵗʰ Amendment.



*Complaint*                                                                    ②

Date of Incident: 07/25/18     Job Title: Jockey
Time of Incident: 9:30 am
Location of Incident: Fairhope ave & Ingleside, Fairhope, AL
Equipment involved: Recycle truck 533

It happen while I was riding on the Back of the
Recycle truck 533 with Driver Tyrone Davis and
on 7/25/18 the Driver Tyron Fell asleep while driving
Down Fairhope ave and Ingleside. in which he ran
off the road. By the time Tyrone woke up he
had hit the Curve, then tried to correct him-
self But it was too late. He had already swung
me off the truck on to the pavement with the on-
going traffic. while the truck was still Driving down
the Road. the driver Tyrone didn't even realize I
was thrown off the truck or laying on the pavement
Bleeding from my Injurys. It took the ongoing
traffic to get the driver Tyrone attention that a
Accident had occured. While I was on the pavement
tyrone admitted that he had looked off the road
for a minute trying to locate some napkins on
the truck Floor. There also was another inmate on
the back of the truck also By the name Dominic
Laquezz white who also witness the whole accident
And who will testify that wasn't the 1st time tyrone
fell asleep at the wheel was wheel. and drive
recklessly. there also was a white woman who was
driving behind the truck who witness the incident

②

③

As well who gave her statement of the accident to the police. In which you would be able to get in contact with them through the Contacting the police that come on the Scean. After the Police came and took everyones statement. I was taken by ambulance to Thomas Hospital where I remain for several weeks. I suffered a Bad ankle injury inwhich my Bone pop out of my skin. Inwhich surgery was perform to place the Bone back in. I would never be able to walk normal again. I'm also suffering back spasm inwhich I need to take motrin for the Pain. I also suffer mentally knowing i'll never be able to walk normal again. right now I get around using a walker. I'm Constantly back and fourth to the doctor since the accident. I'll most likely have to file for disability when i'm release. So i'm not going to be able to work a normal Job. I'm filing this lawsuit in goodfaith to ask to be Compensated for my injuryies for the total Disregard of D.O.C and City of fairhope Negligence and Deliberate Indifference to my Civil Rights which is Protected under the 8th Amendment by Cruel and Unsual Punishment under Prison Conditions and Medical treatment. act.

markK Author Foreman-JR
Signature

③

④

## Medical Claim:

Since the accident and surgery to my ankle and being release from Thomas Hospital I haven't been recieving the proper medical attention from the Dept. of Corrections. I'm not being seen during several appointments, I'm not giving the proper Medication or being offorded the right therpy for my ankle. Which is also a violation of my 8th Amendment right by Cruel and unual Punishment I filed plenty of Medical grievances none was Answerd. I have loss of feeling in my left ankle Since the incident. I'm always in Constant pain and will be for the rest of my life. These injurys resulted from the gross neglence of this driver. which is also in violation of my 8th amendment right to Be free from cruel and unual Punishment.

Signature
mack Alther Foreman-JR



Location of my Witness:

Dominic Laquezz white:
who was on the back of the truck with me
at the time of the accident who's willing to
testify the planty of times leading up to the accident
all the times the witness tyrone Suwee off the
road and Drive reclessly.

Here's his D.O.C # 254459
ADD. Fountain C.I.
    3800 Fountain
    Atmore, Ala. 36503
His mom ADD 150 Baker RD
            Hunstville, AL. 35806 - ph (256) 836-8561

Location of my witness:

TRim" Davis:
who on Road with tyrone for 4 months. whose
                                    willing
to testify about the ongoing reclessy and falling asleep
at the wheel he experience while riding with
tyrone.
        Here's his D.O.C # 245457
        ADD. Fountain CI
        3800 Fountain
        Atmore, AL. 36503



⑥

Location of my witness:

The White women :
who was driving behind the truck when the
accident took place. she gave the police her
account what she witness. she could be located
Just by locating the police report.


                              mack Authen Foreman JR.
                                   signature

⑦

## Liability

These are the Defendants I'm holding liable for these Violations of my 8th Amendment Rights. And Why.

"Commissioner of D.O.C."
Because of his or her's supervisory position.

"Deputy Commissioner"
Because of his or her's supervisory position.

"Supervisor Dale Tinder" of the City of Fairhope.
Because of his supervisory position over the roveling garbage truck crew and providing and un-safe working Enviorment for inmates as well as other city of Fair-hope workers.

"Tyrone Davis" of the City of Fairhope
Because of his recklessness and Deliberated Indifference toward my saftey as well as rights. which cause serious injury to me.

"Warden Peters" of Loxley work Center
because of his supervisory position in sending inmate to in unsafe working Enviorment.

⑦

(8)

"Capt. Iannette Banks" of Loxley work-release
Because of her supervisory position. By sending
inmates to an unsafe work environment. and
by not providing Adquate Medical treatment once
I got out of the ~~Exam~~ Hospital.

"Lt. Stylette Jannuary" of Loxley Work-release
Because of her supervisory position. and refusing
to let inmate Call his family to notify them
up this tragic incident that happen. she
Deliberate hinder and delay me from notifying
love ones as well as Contacting my lawyer.

"Sgt. John Portis's" of Loxley work release.
Because of his supervisory position. who also
responsible for the "Job placement." of inmates.
I weigh over 300lbs I was too big to even been
riding on the back of a garbage truck. I brought
this concern to mr. portis on plenty of occassions
all he DID was Dismiss them." or threaten me with
Disciplinary action if i didn't report to work.

"Medical" or D.O.C.
From the doctors on down to the nurses. I'm
not receiving the proper Medical treament or threats
since the incident.



⑨

This Concludes the lawsuite

I'm Suing For the violation of my 8th Amendment Right by Cruel and unual punish-ment with Deliberate Indiference and grossly Negelicence. on Behalf of all of the Defendants I name in this lawsuite. All Defendants Acted under the Color of the state. which doesn't make them immune from being liable.

Releif:

I would like the court to Award me compensation in the amount of 4 million Dollars for the pain and suffering. the permanet Damage to my ankle And for the fact that i'm not going to be able to walk normal again. I also would like to court to inforce the way lolley send there inmates out to work. to A better work enviorment.

I'm Suing in the (Official) and (Indiviual) Capacity And i respectifully Request a (Jury Trial)

meack Auther Foronman JR
signature



Attach
Exhibit
(A)

I mock A Foreman #200291 would like to attach the written statement that was made by sgt. John Portis of lexley work-release which gave a brief Decription of what Happen. also I would like to attach A written from inmate Travi Davis #245457 who rode with the Driver tyrone Davis for 4 months who give A Brief Statement of tyrone recklessness at the wheel. Also ill like to add the Emergency bill which Came to the amount of $2565.00. I also would like to add the Doctor name who performe Surgery paul Watkins. He's the specialist that perform my Surgeries.



**Supervisors Interview Narrative Form**

SECTION ONE:  PERSONEL INVOLVED

    A.  Date of Report: 07/25/18

    B: Name of Person Interviewed:    C. Job Title:

    Foreman, Mack A        Loxley Work Camp Inmate

SECTION TWO:  ACCIDENT INFORMATION

    A.  Date of Incident:    B. Time of Incident:    C. Date Incident Reported :
    07/25/18        9:30AM        07/25/18

    D. Equipment Involved:        E. Location of Incident:
    Recycle Truck 533            Fairhope Ave & Ingleside
                                Fairhope, Al

SECTION THREE:  INTERVIEW DESCRIPTION OF INCIDENT:

Fairhope City Recycle Truck 533 was being operated by Recycle Driver Tyrone Davis with Inmate Foreman, AIS # 00200291, as a crewman.  Davis was headed East on Fairhope Ave just before Ingleside Ave in the right side lane. The truck hit a small bump as it made the turn and Foreman lost his grip on the passenger side handrail. He fell onto the street landing on his right ankle. Davis halted the vehicle and assisted Foreman off the street onto the curb. Supervisor Linder was called in and police and ambulance were then dispatched to the scene. Foreman was transported to Thomas hospital for a medical review. The attending doctor was unsure if Foreman could be released and transported back to the work camp or if he needed to stay in the hospital for possible surgery to his ankle. HR was notified on the incident. The state run Loxley work camp was advised about the incident. Supervisor Linder visited the hospital to see Mr. Foreman and was advised by the Loxley camp office Sgt. Portis to remain until camp officers could arrive and secure the prisoner Mr. Foreman. Sgt. Portis then arrived later that morning an took control of Mr. Foreman.

Vehicle 533: 2001 INTERNATIONAL 4900 VIN I HTSDAAR91 H346330
License Plate: 35340 MU

Loxley Contact Officer: Sergeant John Portis
PH: 251-331-2010
Email: Johnny.Portis@Doc.Alabama.Gov

EASTERN SHORE ANESTHESIA
PO Box 757
Florence, AL 35631-0757

| CARD NUMBER | | EXP. DATE | AMOUNT | ☐ AMER. EXP. |
|---|---|---|---|---|
| SIGNATURE | | MUST INCLUDE 3 OR 4 DIGIT SECURITY CODE FROM FRONT (AMER. EXP.) OR BACK OF CARD | | |

Billing Phone Number: (256) 764-9697
Toll Free: (888) 764-9697
Patient Name: MACK FORMAN
**View and Pay your statement online at**
**https://www.emergetechnology.net/#/esa**

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 02/15/19 | $2565.00 | 5321559 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

**SHOW AMOUNT PAID HERE** $

MAKE CHECKS PAYABLE / REMIT TO:

108820-1946

MACK FORMAN
HOLMAN CORRECTION WA —
PO BOX 1030
LOXLEY AL  36551-1030

001899

EASTERN SHORE ANESTHESIA
PO BOX 11984 MSC 313
BIRMINGHAM AL 352021984

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## S T A T E M E N T

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| DATE | PATIENT NAME | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/30/18 10/30/18 | MACK | ANESTHESIA SERVICES          LANCASTER MD<br>NO REPLY PRI/SECOND INSUR<br>PLEASE CONTACT US ABOUT YOUR INSURANC<br>**CHARGE AMOUNT DUE         1335.00** | 1335.00<br>.00<br>E |
| 07/30/18 10/30/18 | MACK | ANESTHESIA SERVICES          RICHARDS CRN<br>NO REPLY PRI/SECOND INSUR<br>PLEASE CONTACT US ABOUT YOUR INSURANC<br>**CHARGE AMOUNT DUE         1230.00**<br>BALANCE IS DUE NOW.    PLEASE REMIT. | 1230.00<br>.00<br>E |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | | AMOUNT DUE |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2565.00 | | 2565.00 |

PLACE OF SERVICE: THOMAS HOSPITAL

**Billing Phone Number: (256) 764-9697**
**Toll Free: (888) 764-9697**
**Account Number: 5321559**
**View and Pay your statement online at**
**https://www.emergetechnology.net/#/esa**

1 of 1

**STATEMENT**
**SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION**

108820 - 1946

## PATIENT INFORMATION

Your Name (Last, First, Middle Initial)                    Date of Birth

Address

City                              State                  Zip

Telephone
(        )
Social Security #

Employer's Name                          Telephone
                                        (        )
Employer's Address

City                              State                  Zip

Please Indicate if Applicable:          Date of Injury

☐ AUTO ACCIDENT

☐ WORKER'S COMPENSATION

## INSURANCE INFORMATION

Your PRIMARY Insurance Company's Name

Primary Insurance Company's Address

City                              State                  Zip

Policyholder Name          Date of Birth              Sex

Policyholder's ID Number                    Group Plan Number

Your SECONDARY Insurance Company's Name

Secondary Insurance Company's Address

City                              State                  Zip

Policyholder Name          Date of Birth              Sex

Policyholder's ID Number                    Group Plan Number

**"DETACH HERE AND RETURN ABOVE STUB"**

---

# FOR HOSPITAL OR OTHER FACILITY PATIENTS

YOU COULD RECEIVE TWO OR MORE BILLS FOR SERVICES PROVIDED

TOTAL DIAGNOSTIC OR TREATMENT COSTS

PHYSICIAN OR PROVIDER'S FEE

HOSPITAL CHARGES OR OTHER FACILITY

This statement is not a duplicate charge, but a separation of the facility and physician or provider's fees.
These services were provided while you were under our care, or at the request of your other physicians or providers.

Your bill from the facility may include a separate charge for use of its equipment, supplies, and technical personnel.

You may also receive bills from other physicians or providers who were involved with your care if you were a patient in a hospital or other facility.

If you have any questions concerning your bill, please call our office and we will be happy to assist you.

**IF YOU REQUIRE ASSISTANCE, YOU MAY CONTACT OUR OFFICE AT THE PHONE NUMBER ON THE REVERSE SIDE.**

PAP-201-C-0

# Statement

I Trini Davis #245459 have work for the City of fairhope from Jan 2018 up until Sept 2018. I have ridding with the Driver Tyrone Davis for about 4 months. and I have witness this driver on several occassions fall asleep at the wheel, be distracted on the road by his use of Cellphone. I've complaine Numerous time to his Supervisor Dale Linder to place me with another driver. in which he finally did over a Coarse of study Complaining

4/18/19

Sincerly yours
Trini Davis

TRINI Davis - #245459
3800 - Fountain
Atmore, AL. 36503

Exhibit 4



Ex.

FOREMAN, MACK
ADM: 7/25/2018
DOB:        1972
DOC 1: WATKINS, PAUL
LOC: THOM
AGE: 46 y
SEX: M

Y40L696

FOREMAN MACK
8S20568
DOB:        /1972
TODD JOHN L
NONE
AGE: 46 Y
ADM: 07/33/2018
SEX: M

MACK A. FOREMAN

#200291

3800 Foutain

Atmore, AL. 36503



The United States District Court

Southern District of Alabama

113 St. Joseph St.

Mobile, AL. 3660