IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK A. FOREMAN, JR., #200291, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION 19-0204-CG-MU |
| | ) |
| JEFF DUNN, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objections are made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), prior to service of process, that the claims against Defendants Jeff Dunn, Kenneth Peters, Dale Linder, Tyrone Davis, and Dr. Paul Watkins be and are hereby **DISMISSED with prejudice** as frivolous and that the claim against Defendant Johnny Portis be and is hereby **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted, with leave being granted Plaintiff to file an amended claim against Defendant Portis on the Court's § 1983 complaint form **no later than September 16, 2020**.  If the amended claim against Defendant Portis is not received within the required time, the claim against

Defendant Portis will be dismissed without prejudice for failure to state a claim upon which relief can be granted, and this action will be dismissed in its entirety.

**DONE and ORDERED** this 26th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE